IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| MICHAEL ANTHONY PORTER AND MARVIN PORTER | PLAINTIFF |
| VS. | CAUSE NO. **3:24-cv-85-CWR-FKB** |
| RANKIN COUNTY, MISSISSIPPI; BRYAN BAILEY Individually, and in his official capacity; AND BRETT MCALPIN Individually, and in his official capacity; AND JEFFREY MIDDLETON Individually, and in his official capacity UNKNOWN OFFICERS 1-10 Individually, and in his official capacity | DEFENDANTS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**COMES NOW,** Plaintiffs, Michael Porter and Marvin Porter, by and through the undersigned counsel of record, Derek L. Hall, PC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that this action is voluntarily dismissed. Defendants Rankin County, Mississippi, Bryan Bailey, Brett McAlpin, Jeffrey Middleton, and Unknown Officers 1-10 have not served an answer or motion for summary judgment in this action. Accordingly, this action is ripe for voluntary dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) and Plaintiffs hereby notices voluntary dismissal of this action, without prejudice. *See* F.R.C.P. 41(a)(1)(B).

Dated: April 4, 2024               Respectfully Submitted

                                   By: /s/ *Trent Haycock*_____
                                   Trent Haycock (MSB# 106649)
                                   Derek L. Hall, PC
                                   370 Towne Center Blvd.
                                   Ridgeland, MS 39157
                                   Telephone (601) 202-2222
                                   trent@dlhattorneys.com

1

## **CERTIFICATE OF SERVICE**

I, Trent Haycock, do hereby certify that a copy of the foregoing *Notice* was filed using the Court's ECF system.

**SO CERTIFIED**, this the 4th day of April 2024.

                                             /s/ *Trent Haycock*
                                             Trent Haycock (MSB#106649)